# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **MAGISTRATE NO. 21-MJ-333** |
| v. | |
| | **VIOLATIONS:** |
| **ERIC V. VON BERNEWITZ** | 18 U.S.C. § 1752(a)(1) |
| | (Entering and Remaining in a Restricted |
| AND | Building or Grounds) |
| | |
| **PAUL H. VON BERNEWITZ,** | 18 U.S.C. § 1752(a)(2) |
| | (Disorderly and Disruptive Conduct in a |
| Defendants. | Restricted Building or Grounds) |
| | |
| | 40 U.S.C. § 5104(e)(2)(D) |
| | (Disorderly Conduct in |
| | a Capitol Building) |
| | |
| | 40 U.S.C. § 5104(e)(2)(G) |
| | (Parading, Demonstrating, or Picketing in |
| | a Capitol Building) |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, in the District of Columbia, **ERIC V. VON BERNEWITZ** and **PAUL H. VON BERNEWITZ** did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **ERIC V. VON BERNEWITZ** and **PAUL H. VON BERNEWITZ** did knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engage in disorderly and disruptive conduct in and within such proximity to, a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

>   (**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **ERIC V. VON BERNEWITZ** and **PAUL H. VON BERNEWITZ** willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress and either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

>   (**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **ERIC V. VON BERNEWITZ** and **PAUL H. VON BERNEWITZ** willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By:   /s/ *Clayton O'Connor*
        Clayton O'Connor
        Trial Attorney, detailed to the
        United States Attorney's Office for the
          District of Columbia
        MD Bar No. 0512150005
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        202-616-3308
        clayton.oconnor@usdoj.gov