## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 1:21-cr-307-2** |
| | ) | |
| **PAUL VON BERNEWITZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---------------------------------------------------

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 1:21-cr-307-1** |
| | ) | |
| **ERIC VON BERNEWITZ,** | ) | |
| **Defendant** | ) | |

## <u>ORDER</u>

AND NOW, the joint unopposed motion by the defendants to continue arraignment in this matter is GRANTED.  The Court notes that defense counsel have discussed the continuance with their clients, who consent and agree that the time between May 12, 2021 and the new arraignment date can be excluded from the Speedy Trial Act period.  Accordingly, the Court finds that a continuance of Defendant's Speedy Trial rights between May 12, 2021 and the new arraignment date serves the "ends of justice" and outweighs the best interests of both the community and Defendant in a speedy trial. Arraignment by video in this matter is rescheduled to _____

at _____.

IT IS SO ORDERED.

_____
Hon. Christopher R. Cooper
United States District Judge

Washington, DC

Date: _____

WE ASK FOR THIS:

_____/s/_____

Andrew W. Grindrod
Counsel for Paul Von Bernewitz
Virginia State Bar No. 83943
Office of the Federal Public Defender, E.D. Va.
150 Boush Street, Suite 403
Norfolk, Virginia 23510
757-457-0860 (direct)
757-457-0880 (fax)
Andrew_Grindrod@fd.org

_____/s/_____

Austin Manghan
Counsel for Eric Von Bernewitz
New York State Bar No. 4178612
P.O. Box 501
Riverhead, New York 11901
631-255-5140 (office)
631-949-4033 (cell)
631--982-5100 (fax)
austinmanghan@yahoo.com

SEEN & AGREED

_____/s/_____

Clayton O'Connor
Trial Attorney, detailed to the
United States Attorney's Office for the District of Columbia
Federal Major Crimes Section
555 Fourth St., N.W.
Washington, DC 20530
202-616-3308
Clayton.OConnor@usdoj.gov