AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>ERIC VON BERNEWITZ, et al<br>*Defendant* | )<br>)<br>) Case No. 21-cr-307<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ERIC V. VON BERNEWITZ

Date: 09/14/2021

*Attorney's signature*

AUSTIN M. MANGHAN, Bar ID#NY0441
*Printed name and bar number*
P.O. Box 501
Riverhead, New York 11901

*Address*

austinmanghan@yahoo.com
*E-mail address*

(631) 255-5140
*Telephone number*

(631) 982-5100
*FAX number*