UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-307 |
| ERIC VON BERNEWITZ  and | : | |
| PAUL VON BERNEWITZ, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Michael W. Mitchell.  AUSA Mitchell will be substituting for AUSA Clayton H. O'Connor.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

*/s/ Michael W. Mitchell*
Michael W. Mitchell
Assistant United States Attorney
Texas Bar No. 24037126
Capito Riot Detail
District of Columbia
6450 Mineral Drive, Suite 210
Coeur d'Alene, Idaho 83815
(208) 676-7341
Mike.mitchell@usdoj.gov

**CERTIFICATE OF SERVICE**

      On this 30th day of September 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                          */s/ Michael W. Mitchell*
                                          MICHAEL W. MITCHELL
                                          Assistant United States Attorney