UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-00307-CRC |
| : | |
| PAUL VON BERNEWITZ AND : | |
| ERIC VON BERNEWITZ, : | |
| : | |
| Defendants. : | |
| : | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS PURSUANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video exhibits to the Government's Sentencing Memoranda (ECF Nos. 52, 53). These sentencing memoranda identify the Government's three submitted exhibits as:

Exhibit 1. This is an open-source YouTube video that can be found at: Metrospecial, "Insurrection at the Capitol (Shooting Death) – Washington D.C. – Documentary Raw Footage," YouTube, September 18, 2021: https://youtu.be/V3KpiJzBM6M?t=121 . Only ten-minutes and three seconds are being provided because of file size.

Exhibit 2. This is a video posted to Facebook at: Marcus Dean, "The initial barricade is overrun and people make their way to the second barricade," Facebook, January 6, 2021: https://www.facebook.com/deanm1134/videos/3647258548644742 . Please note that we are still working to get this video into the best format. If we cannot, we urge the Court to use the link above.

Exhibit 3. This is footage captured by a French TV reporter that has been turned over in this cases' discovery. Within the Government's sentencing memoranda, the video was sourced to: Laura Geisswiller, Bangumi French Media Company, January 6, 2021.

All three videos will be provided to the Court and defense counsel by USAFx. If this Court accepts the video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

    Respectfully submitted,

    MATTHEW M. GRAVES
    U.S. ATTORNEY
    DC Bar No. 481052

By:   /s/ *Michael W. Mitchell*
    MICHAEL W. MITCHELL
    Assistant United States Attorney
    Detailed to the District of Columbia
    Texas Bar No. 24037126
    555 4th Street, N.W.
    Washington, D.C. 20530

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the forgoing motion was served upon counsel of record through ECF on the date of filing, this the 20th day of April, 2022.

           By: /s/ *Michael W. Mitchell*
              MICHAEL W. MITCHELL
              Assistant United States Attorney
              Detailed to the District of Columbia
              Texas Bar No. 24037126
              555 4th Street, N.W.
              Washington, D.C. 20530